NCRCZ          *        SENTENCE MONITORING            *      08-06-2025

PAGE 001 OF 001 *    INDEPENDENT AGGREGATE TERM IN EFFECT   *      13:37:24


ANCHOR SENTENCE.....:

        DCB: 01-21-2011   TIE: ☐ - 121 - ☐     EFT: 02-20-2021


CONCURRENT SENTENCES:

        DSI: 07-07-2011   TIE: ☐ - 280 - ☐     EFT: 11-06-2034
        DSI: ☐            TIE: ☐ - ☐ - ☐       EFT:
        DSI: ☐            TIE: ☐ - ☐ - ☐       EFT:
        DSI: ☐            TIE: ☐ - ☐ - ☐       EFT:
        DSI: ☐            TIE: ☐ - ☐ - ☐       EFT:
        DSI: ☐            TIE: ☐ - ☐ - ☐       EFT:
        DSI: ☐            TIE: ☐ - ☐ - ☐       EFT:
        DSI: ☐            TIE: ☐ - ☐ - ☐       EFT:
        DSI: ☐            TIE: ☐ - ☐ - ☐       EFT:
        DSI: ☐            TIE: ☐ - ☐ - ☐       EFT:


AGGREGATE SENTENCE..:

                    TIE: 23  - 9   - 17      EFT: 11-06-2034


G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

PATTERSON DECL.
EXHIBIT

10

```
NCRCZ          *        SENTENCE MONITORING           *        08-06-2025
PAGE 001 OF 001 * NEW INDEPENDENT SENTENCE COMPUTATION - FSA *      13:31:17
```

SENTENCE PROCEDURE:  4080 3559 PLRA SENTENCE
TERM IN EFFECT....: Y: 23  M: 9  D: 17          DCB......: 01-21-2011
TIE CONVERTED.....: Y: 23  M: 9   D: 17         DOB......: [          ]
                           D: 8691
PROJ GCT TO AWARD.: 1242  ANNUAL AND 42 PRORATED = 1284  TOTAL
DISALLOW / FORFEIT: [     ] ANNUAL AND [  ] PRORATED
FINAL GCT AWARDED.: 1242  ANNUAL AND 42 PRORATED = 1284  TOTAL
PRORATE GCT FROM..: 03-13-2032 THRU: 12-27-2032

JAIL CREDIT FROM..: 03-13-2009 THRU: 01-20-2011
            FROM..: [          ] THRU: [          ]
            FROM..: [          ] THRU: [          ]      JC DAYS..: 679
INOP TIME   FROM..: [          ] THRU: [          ]      INOP DAYS: [     ]

GED  UNSAT  FROM..: [          ] THRU: [          ]
            FROM..: [          ] THRU: [          ]
6 MONTH/ 10% DATE.: /                          PROJ SRD.: 06-22-2029
TWO THIRDS DATE...: 01-22-2025                 EFT......: 12-27-2032
DAYS OVERSERVED...:                            HARDCOPY.: N
S5803       CHECK INMATE'S EDI RECORD FOR GED UNSAT - WILL AFFECT SRD FOR PLRA
G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED