UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 25-CV-2922 (SRN-DTS)

Holli Wrice,

       Petitioner,

  v.

Warden Michael Segal,

       Respondent.

### <u>AMENDED DECLARATION OF LAMONT PATTERSON SR.</u>

I, Lamont Patterson Sr., do hereby declare and state as follows:

1.    I am employed by the United States Department of Justice (DOJ), Federal Bureau of Prisons (BOP), as a Management Analyst at the Designation and Sentence Computation Center (DSCC) located in Grand Prairie, Texas. I have held this position since August 2023. In this position, my job duties are to provide litigation assistance to the United States Attorney's Office in cases where federal inmates challenge their sentence computations, which includes auditing and reviewing such computations. I have been employed by the BOP since May 2012. I have worked in the area of sentence computations since August 2013. Before becoming a Management Analyst, I was a Computation Specialist completing sentencing computations, final audits and designation scorings.

2.    As part of my duties, I have access to documents and electronic data kept by the BOP. These records are made at or near the time of the occurrence of the matters set

1

forth by, or from information transmitted by, a person with knowledge of the relevant matters.

3.      I have reviewed the sentence computation for Holli Wrice, Register No. 35364-044, and in doing so have reviewed all pertinent Bureau records. I certify that the exhibits referenced herein are true and accurate copies of records kept in the regular course of business of the BOP.

4.      I am aware Holli Wrice has filed a habeas petition challenging the Bureau of Prison's calculation of her sentence. Specifically, she has alleged that the BOP has failed to implement a 26-month reduction in her sentence which she claims was to be applied to her "aggregate sentence". I have audited her sentence computation.

**Wrice's Sentence Computation**

5.      On March 13, 2009, Wrice was arrested for Robbery First Degree, Armed Criminal Action, and Felonious Restraint in Case Number 09SO-CR00427 in Scott County, Missouri Circuit Court. On November 5, 2009, all charges were dismissed nolle prosequi in Case Number 09SO-CR00427 in Scott County, Missouri Circuit Court. *See* Exhibits 3, at 7, 9 to this Declaration.

6.      On April 23, 2009, Wrice was indicted in United States District Court for the Eastern District of Missouri for Interference with Commerce by Threat or Violence, Using a Firearm During a Crime of Violence, and Possessing Stolen Firearms for acts on July 30, 2008, and for Possession with Intent to Distribute Marijuana and Possession of a Firearm in furtherance of a Drug Trafficking Crime for acts on March 13, 2009. *See* Exhibit 7, Indictment in *United States v. Wrice*, No. 1:09CR00084SNLJ (E.D. Mo. April 23, 2009).

2

7.      On April 28, 2009, Wrice was borrowed from Missouri state authorities pursuant to a federal writ of habeas corpus *ad prosequendum* by the United States Marshals Service.  *See* Exhibit 8.

8.      On December 7, 2010, Wrice was indicted in United States District Court for the Southern District of Illinois for Armed Bank Robbery and a related firearms charge for acts committed on November 6, 2008. *See* Exhibit 6, Indictment in *United States v. Wrice*, 4:10CR40065-001-JPG (S.D. Ill. December 7, 2010).

9.      On January 21, 2011, Wrice was sentenced to a 147-month term of imprisonment in the United States District Court for the Eastern District of Missouri for Interference with Commerce by Threat or Violence, Using a Firearm During a Crime of Violence, and Possession with Intent to Distribute Marijuana. *See* Exhibit 1, Judgment in a Criminal Case, *United States v. Wrice*, No. 1:09CR00084SNLJ (E.D. Mo.).

10.     On February 23, 2011, Wrice was borrowed from United States District Court Eastern District of Missouri pursuant to a federal writ of habeas corpus *ad prosequendum* by the United States Marshals Service. *See* Exhibit 8.

11.     On July 7, 2011, Wrice was sentenced to a 346-month term of imprisonment, in the United States District Court for the Southern District of Illinois for Armed Bank Robbery and Brandishing a Firearm During and Relating to a Crime of Violence. *See* Exhibit 4, Judgment in a Criminal Case, *United States v. Wrice*, No. 4:10CR40065-001-JPG (S.D. Ill. filed July 13, 2011). The court ordered the sentence "to run consecutive with the 74 months remaining in case number 09CR084, Eastern District of Missouri, for a total of 420 months." *See* Exhibit 4 at 2.

12.     On April 8, 2013, Wrice received a sentence reduction on the government's motion under Fed. R. Crim. P. 35 in the Southern District of Illinois case. *See* Exhibit 5, Amended Order in *United States v. Wrice*, No. 4:10CR40065-001-JPG (S.D. Ill. filed Apr. 9, 2013). The court reduced her sentence from a 420-month total term of imprisonment to a 280-month total term of imprisonment for Armed Bank Robbery and Brandishing a Firearm During and Relating to a Crime of Violence in the United States District Court for the Southern District of Illinois No. 10-CR-40065-JPG. *Id.* The court ordered the sentence "to run concurrent to case number 09-CR-084, Eastern District of Missouri." *Id.*

13.     On June 8, 2020, Wrice received an amended judgment reducing her term of imprisonment in her case in the United States District Court for the Eastern District of Missouri from 147 months to 121 months, a reduction of 26 months. *See* Exhibit 2, *United States v. Wrice*, 1:09-CR-00084-SNLJ, Amended Judgment in a Criminal Case (E.D. Mo.).

**<u>Allegations in Habeas Petition</u>**

14.     When Wrice was originally sentenced in each of her federal case, the terms for which she was sentenced were longer. The term of both sentences was then subsequently reduced by orders from each respective jurisdiction. Also, while the sentence in the Southern District of Illinois case originally was consecutive to the sentence in Eastern District of Missouri case, the Southern District of Illinois court's 2013 Amended Order changed that sentence to run concurrently with the Eastern District of Missouri sentence. As the length and nature of the sentences changed, so did the calculations of Wrice's anticipated release date.

4

15.     Wrice has two sentences. Wrice has the sentence from the Eastern District of Missouri, where she was originally sentenced on January 21, 2011, to a 147-month term of imprisonment. Her second sentence from the Southern District of Illinois originally ran consecutive to her first sentence from the Eastern District of Missouri. *See* Exhibit 4.

16.     Ultimately, in 2020, an amended judgment was issued in the Eastern District of Missouri case which reduced the term of Wrice's sentence in that case from a 147-month term to a 121-month term of imprisonment (a 26-month reduction). *See* Exhibit 2.

17.     When the Eastern District of Missouri court reduced Wrice's sentence by 26 months, her sentence calculation was changed to reflect that the actual term of the sentence in that case was 121 months, not 147 months. *See* Exhibit 10 (reflecting that the 2011 sentence from Missouri has a term in effect (TIE) of 121 months).

18.     Originally, since the Eastern District of Missouri sentence ran consecutively to the subsequent Southern District of Illinois sentence, the two sentences were calculated independently.

19.     The sentence for each conviction starts on the day of sentencing. The date of sentencing for the Eastern District of Missouri case was January 21, 2011.

20.     The calculation of the sentence from the Eastern District of Missouri is reflected in the BOP records as the "Anchor Sentence" as it was the first case for which Wrice was sentenced. The date computation began (DCB) was effective on January 21, 2011, the term in effect (TIE) is 121 months, and the effective final term (EFT) (the date the sentence was completed) is February 20, 2021. *See* Exhibit 10.

21.     As the EFT of February 20, 2021, reflects, the Eastern District of Missouri sentence was completed on February 20, 2021, and is no longer an active sentence.

22.     The Southern District of Illinois sentence was also calculated as an independent sentence. The sentence is reflected as a "Concurrent Sentence" in BOP records and has a date sentence imposed (DSI) of July 7, 2011 (the date of sentencing), the term in effect (TIE) is 280 months, and the effective final term (EFT) is November 6, 2034. *See* Exhibit 10.

23.     The "Aggregate Sentence" reflects that there is a term in effect (TIE) of "23-9-17" which reflects a term of 23 years, 9 months and 17 days to be served.  The effective final term (EFT) is still November 6, 2034,  not including reductions for jail credit or the 85% reduction for the good time release projection. *See* Exhibit 10.

24.     The reason Wrice's aggregate sentence is listed as 23 years, 9 months and 17 days is due to Wrice's prior sentence on the Eastern District of Missouri case on January 21, 2011 – *before the sentencing from the case from the Southern District of Illinois* (July 7, 2011).  As a result from January 21, 2011, until July 6, 2011, Wrice was only serving the sentence from the Eastern District of Missouri.

25.     The result is that the *total time* that Wrice is to be in prison begins from the date of her sentencing from the Eastern District of Missouri (January 21, 2011) until the time that she was sentenced in the Southern District of Illinois case is completed.

26.     The total amount of time that Wrice is projected to be in prison is still subject to adjustments.

27.     These include adjustments for jail credit of 679 days – from March 13, 2009, until January 20, 2011.  In addition, Wrice is projected to earn good time credit. The result is that her projected sentence release date (Proj. SRD) is June 22, 2029. *See* Exhibit 10 at 2.

28.     Wrice's actual projected release date at this time is August 15, 2029. *See* Exhibit 11. The reason for the delay from her original projected release date of June 22, 2029, is based on the loss of good time due to disciplinary sanctions. *See* Exhibit 12.

29.     In sum, the BOP incorporated the 26-month sentence reduction ordered by the Eastern District of Missouri into Wrice's sentence computation for that conviction.

30.     Wrice is not entitled to a separate or additional 26-month term reduction on her sentence from the Southern District of Illinois, as that is a concurrent sentence and is not connected to the sentence from the Eastern District of Missouri.

31.  Wrice is still serving her term of 280 months from the Southern District of Illinois and currently has a projected release date of August 15, 2029.

32.     The August 15, 2029, date is still a projected date as Wrice may receive additional disciplinary adjustments with a loss of good conduct time or other adjustments.

33.  The sentence calculation for Wrice is consistent with BOP policy and federal sentencing law and no further changes are warranted in her sentence calculation.  BOP Program Statement 5880.28, Sentence Computation Manual (CCCA of 1984) at 1-31 to 1-32; 18 U.S.C. § 3584(a).

I declare under penalty of perjury pursuant to 28, United States Code, Section 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 2nd day of March 2026.

_____
Lamont Patterson Sr., Management Analyst
Designation and Sentence Computation Center
Grand Prairie, Texas