UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 25-cv-2922 (SRN/DTS)

Holli Wrice,

       Petitioner,

v.

Warden Michael Segal,

       Respondent.

**DECLARATION OF TIFFANY BECKER**

Tiffany Becker, for her declaration under 28 U.S.C. § 1746, states as follows:

1.     I am an adult, competent, and have personal knowledge of the facts stated in this Declaration.

2.     I was an Assistant United States Attorney in the United States Attorney's Office for the Eastern District of Missouri from October 29, 2001 to June 13, 2025 (my retirement was effective September 30, 2025). Prior to that, I was a Special Assistant United States Attorney from September 2000 to October 28, 2001.

3.     In 2018, I entered my appearance on behalf of the United States of America in *Holli Wrice v. United States of America*, 1:16-cv-00131-SNLJ, an action arising from Holli Wrice's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct her sentence. While Assistant United States Attorney Keith Sorrell is also on the docket as representing the United States of America in the § 2255 action, I handled that action for the United States of America.

4.    Holli Wrice had previously been sentenced in the United States District Court for the Eastern District of Missouri in *United States of America v. Holli Wrice*, 09-cr-00084-SNLJ. I did not represent the United States in that criminal case.

5.    I understand that the Court in this action in the District of Minnesota ordered the submission of a declaration from the Assistant United States Attorneys involved in the agreement filed in *Holli Wrice v. United States*, 16-cv-00131-SNLJ (E.D. Mo.), regarding the scope of that agreement. I submit this declaration in response to the Court's Order.

6.    My understanding of the agreement in Holli Wrice's § 2255 action in the Eastern District of Missouri, 1:16-cv-00131-SNLJ, was that the parties recommended that Holli Wrice would receive a 26-month sentence reduction in *United States of America v. Holli Wrice*, 09-cr-00084-SNLJ (E.D. Mo.), not to her criminal sentence in the Southern District of Illinois.

7.    The Parties' Statement Regarding Amended Petition Pursuant to 28 U.S.C. § 2255 filed in 1:16-cv-00131-SNLJ, Dkt. 44 at 1, reflects the parties' agreement to a proposed recommended 26-month reduction to Wrice's Eastern District of Missouri sentence, specifically reducing it from 147 to 121 months. The agreement was not intended to affect Wrice's Southern District of Illinois sentence. Pages 2-3 of the agreement noted that the proposed reduction in the Eastern District of Missouri sentence would not result in Holli Wrice's immediate release, and that, "She still has over nine years remaining on her sentence in the Southern District of Illinois, arising out of another robbery offense she committed around the same time as the offense in this case." The Eastern District of Missouri Court's Order, Dkt. 47, and the Amended Judgment in the Eastern District of

Missouri criminal case, Dkt. 116, also reflect that the sentence reduction was limited to Holli Wrice's Eastern District of Missouri sentence. These documents are consistent with my understanding of the agreement.

8.      I did not know nor make any representations regarding whether the agreed-upon proposed sentence reduction in the Eastern District of Missouri case would impact the Bureau of Prison's computation of Wrice's sentences or determination of her projected release date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 17, 2026

Tiffany Becker