UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **HOLLI WRICE**, <br><br> Petitioner <br><br> v. <br><br> **MICHAEL SEGAL**, <br> *Warden, FCI Waseca* <br><br> Respondent. | Court File No. 25-CV-2922 (SRN/DTS) <br><br><br> **ORDER** |

Holli Wrice, Reg. 35364-044, FCI-Waseca, P.O. Box. 1731, Waseca, MN 56093, Petitioner pro se.

Ana Voss and Ann Bildtsen, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN  55415, for Respondent.

_____

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge David T. Schultz dated May 15, 2026, (Doc. No. 37).  No objections to the Report and Recommendation have been filed in the time period permitted under the Local Rules.

Accordingly, based on the foregoing and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED that:**

1.    The Report and Recommendation (Doc. No. 37) is **ADOPTED**;

2.    Petitioner's Amended Habeas Petition (Doc. No. 3) is **DENIED**;

3.    Respondent's request to transfer Wrice's Amended Habeas Petition to the Eastern District of Missouri (Doc. No. 33), is **DENIED as moot**; and

4.      This matter is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.


Dated: <u>Monday, June 8, 2026</u>                    *s/ Susan Richard Nelson*
                                                      Susan Richard Nelson
                                                      United States District Judge